# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-660
_____

GRESKOVICH & BALCOM, D.D.S.,
P.A.,

 Appellant,

 v.

AARON WALLENDER, D.D.S.,
M.D.,

 Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

September 6, 2022

PER CURIAM.

 AFFIRMED.

MAKAR and JAY, JJ., concur; TANENBAUM, J., dissents without opinion.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Jeremy C. Branning, Daniel E. Harrell, and Andrew M. Spencer,
of Clark Partington, Pensacola, for Appellant.

T. A. Borowski, Jr. and Darryl Steve Traylor, Jr., of Borowski &
Traylor, P.A., Pensacola, for Appellee.